CATHERINE JOHNSTON, Respondent, v. JOHN H. BOLTON and Others, Doing Business under the Name of BOLTON, SUITS, BOLTON & GIBBS, Appellants.— Judgment affirmed, with costs. All concur. (The judgment is for damages for personal injuries caused by an automobile overturning on a highway then under repair.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

RELLER D. VAN WAGENEN, as Administrator, etc., of ROBERT F. VAN WAGENEN, Deceased, Appellant, Respondent, v. REUBEN O. ADAMS and Another, Appellants, and TRUCK TRANSPORTATION COMPANY, INC., Respondent.— Judgment in favor of defendant Truck Transportation Co., Inc., reversed on the law and a new trial granted, with costs to the plaintiff to abide the event. Judgment against defendants Adams and Haringer and order denying motion for a new trial affirmed, with costs. Memorandum: We think there was sufficient evidence to present a question for the jury as to whether the driver Haringer was not the ad hoc employee of the Truck Transportation Company, Inc., under the rule as stated in Charles v. Barrett (233 N. Y. 127), and that the questions of negligence and contributory negligence were for the jury. All concur. (One judgment dismissed the complaint as to the defendant Truck Transportation Co., Inc. The other judgment awarded damages against the other defendants for death of plaintiff's intestate caused by the negligent operation of a truck. The order denied the motion of two defendants for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HAZEL M. HANSEN, Appellant, v. FRED G. JONES, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Under the pleadings and the proof plaintiff fairly presented questions of fact for jury consideration both as to wrongful physical injury and damage. A prima facie case was made out whether the action be regarded generally as in trespass against the person or technically as a malpractice action. (Benson v. Dean, 232 N. Y. 52, 58.) All concur. (The judgment dismissed the complaint in an action for personal injuries resulting from malpractice.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

PAUL MAU and Another, Respondents, v. SHERRY H. GABREE and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. All concur. (The judgment decrees foreclosure and sale under a mortgage.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.